UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | |
|---|---|
| Case No. **CV 24-9876-KK** | Date: January 10, 2025 |
| Title: *In re Debtor Jae Paul Pak* | |

Present: The Honorable   KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE

| Noe Ponce | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** (In Chambers) Order to Show Cause Why Action Should Not Be Dismissed for Failure to Prosecute

    Pursuant to Federal Rule of Bankruptcy Procedure 8002(a), the Appellant must file notice of appeal with the Clerk of the Bankruptcy Court within fourteen (14) days of the date of the entry of the Order, Judgment, or Decree from which the appeal is taken. On the bankruptcy clerk's request, the appellant must provide enough copies of the notice of appeal to enable the clerk to serve all parties and sending the appeal to the United States Trustee. Fed. R. Bankr. P. 8003. Within fourteen (14) days after filing the notice of appeal, the Appellant must file with the bankruptcy clerk – and serve to the Appellee – a designation of the items to be included in the record on appeal and a statement of the issues to be presented. Fed. R. Bankr. P. 8009(a)(1).

    The record on appeal must include: the docket entries kept by the bankruptcy clerk; items designated by the parties; the notice of appeal; the judgment, order, or decree being appealed; any order granting leave to appeal; any certification required for a direct appeal to the court of appeals; any opinion, findings of fact and conclusions of law relating to the issues on appeal, including transcripts of all oral rulings; any transcript ordered under Federal Rule of Bankruptcy Procedure 8009(b); any statement required by Federal Rule of Bankruptcy Procedure 8009(c); and any other items from the record that the court where the appeal is pending orders to be included. Fed. R. Bankr. P. 8009(a)(4). With respect to transcripts, the Appellant must: (A) order in writing from the reporter, as defined in Federal Rule of Bankruptcy Procedure 8010(a)(1), a transcript of such parts of the proceedings not already on file as the appellant considers necessary for the appeal, and file a copy of the order with the bankruptcy clerk; or (B) file with the bankruptcy clerk a certificate stating that the appellant is not ordering a transcript. Fed. R. Bankr. P. 8009(b)(1).

In the present case, it appears that Appellant has failed to file one or more items required by the Federal Rules of Bankruptcy Procedure.  Specifically:

☐ Statement of Issues

☐ Designation of Record

☐ Notice of Transcripts

☒ Transcript(s) for 04/02/2024, 03/12/2024, 01/09/2024, 12/13/2023, and 11/15/2023

☐ Filing Fee for Notice of Appeal

☐ Other:

Accordingly, the Court, on its own motion, orders Appellant(s) to show cause in writing **no later than seven days from the date of this Order** why this action should not be dismissed for failure to prosecute.

**Appellant is expressly warned that failure to timely file a response to this Order will result in this action being dismissed without prejudice for failure to prosecute and comply with Court orders.  See Fed. R. Civ. P. 41(b).**

**IT IS SO ORDERED.**