UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | CV 24-9876-KK | Date: | February 20, 2025 |
|---|---|---|---|
| Title: | *In re Debtor Jae Paul Pak* | | |

Present: The Honorable   KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE

| Noe Ponce | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** (In Chambers) Order Dismissing Bankruptcy Appeal

Pursuant to the parties' stipulation to dismiss the instant bankruptcy appeal pursuant to Rule 8023(a) of the Federal Rules of Bankruptcy Procedure, dkt. 13, this matter is **HEREBY DISMISSED**.

The parties shall bear their own fees and costs on appeal. (JS-6).

**IT IS SO ORDERED.**

cc: United States Bankruptcy Court